THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PYGOTT, | EDCV 07-1555 PJW |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 10/10/08

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-